LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletreedeakins.com
LESLIE E. WALLIS, CA Bar No. 128435
leslie.wallis@ogletreedeakins.com
MARA B. BRANDES, CA Bar No. 259071
mara.brandes@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
COLLABERA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE INDUSTRY SOLUTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLLABERA, INC. and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. CV10-02636-KJM-DAD<br><br>**ORDER GRANTING DEFENDANT COLLABERA INC'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS**<br><br>Date:　　March 2, 2011<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 3 |

　　GOOD CAUSE APPEARING,

　　Defendant Collabera Inc.'s request to appear telephonically at the Motion to Dismiss at 10:00 a.m. on March 2, 2011 is GRANTED.

　　IT IS SO ORDERED.

DATED: February 18, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

collabera Proposed Order re Request to

1　　Case No. CV10-02636-GEB-DAD
ORDER GRANTING DEFENDANT COLLABERA INC'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS