1 LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletreedeakins.com
2 LESLIE E. WALLIS, CA Bar No. 128435
leslie.wallis@ogletreedeakins.com
3 MARA B. BRANDES, CA Bar No. 259071
mara.brandes@ogletreedeakins.com,
4 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
5 Los Angeles, CA 90071
Telephone: 213.239.9800
6 Facsimile: 213.239.9045

7 Attorneys for Defendant
COLLABERA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE INDUSTRY SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COLLABERA, INC. and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV10-02636-KJM-DAD<br><br>**ORDER TRANSFERRING MATTER TO U.S. DISTRICT COURT, CENTRAL DISTRICT**<br><br>Complaint Filed: May 10, 2010<br>Trial Date: None |

1     The parties hereto having so stipulated, IT IS ORDERED that the above-captioned action is hereby transferred to the United States District Court, Central District of California. The clerk of this court is authorized to transfer all the pleadings and papers herein to the clerk of the court of the Central District.

    IT IS SO ORDERED.

DATED: May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

10135858.1 (OGLETREE)

10CV2636.O.0506.doc

1      Case No. CV10-02636-GEB-DAD
[PROPOSED] ORDER TRANSFERRING MATTER TO U.S. DISTRICT COURT, CENTRAL DISTRICT