UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-4008-CAS (AGRx) | Date | January 11, 2013 |
|---|---|---|---|
| Title | MORTGAGE INDUSTRY SOLUTIONS, INC. V. COLLABERA, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** **(In Chambers:) DEFENDANT'S REQUEST THAT THIS COURT NOT CONSIDER PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** (filed January 2, 2013)

On January 2, 2013, plaintiff Mortgage Industry Solutions, Inc., filed a motion for leave to file a third amended complaint. Plaintiff noticed this motion for hearing on January 28, 2013. On January 7, 2013, defendant Collabera filed a "request" that this Court not consider plaintiff's motion, on the grounds that: (1) plaintiff failed to meet and confer with defendant pursuant to Local Rule 7-3; and (2) plaintiff only provided defendant with a 26-day notice period, which is less than the 28 day period required by Local Rule 6-1.

The Court denies defendant's request. To provide defendant with sufficient time to prepare its opposition, **the hearing on plaintiff's motion is hereby continued to February 4, 2013 at 10:00 a.m.** Defendant's opposition shall be filed on or before January 14, 2013. Plaintiff's reply, if any, shall be filed on or before January 21, 2013.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |