# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE INDUSTRY SOLUTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> COLLABERA, INC. and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:11-CV-4008-CAS (AGRx) <br><br> **[PROPOSED]** ~~[PROPOSED]~~ **ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJDUICE** <br><br> Complaint Filed: August 2, 2010 <br> Trial Date:      Vacated |

Pursuant to the parties "Stipulation of Dismissal of Action With Prejudice," and Good Cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 23, 2013

*/s/ Christina A. Snyder*

The Hon. Christina A. Snyder
Judge, United States District Court,
Central District of California

CV12-03480-GW-(OPx)

[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE

14981467.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE